1 | Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2 | 4445 E. Holmes Avenue
Suite 107
3 | Mesa, AZ 85206-3398
Office: (480) 756-8822
4 | Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jackie Sader-Paquet,** | No.  CV 2009-1612-TUC-DGC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Check Collection of America, Inc., et al.,** | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendants have reached a settlement in this case, and will be filing a stipulation of dismissal no later than October 30, 2009.

/ / /

/ / /

DATED   October 2, 2009  .

                             s/ Floyd W. Bybee
                             Floyd W. Bybee, #012651
                             **BYBEE LAW CENTER, PLC**
                             4445 E. Holmes Avenue
                             Suite 107
                             Mesa, Arizona 85206-3398
                             Office: (480) 756-8822
                             Fax: (480) 302-4186
                             floyd@bybeelaw.com

                             Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Copy of the foregoing mailed

  October 2, 2009   to:

Lewis Bennett
Check Collection of America, Inc.
2650 Fountain View
Suite 225
Houston, TX 77057
Defendant Pro Se

by    s/ Floyd W. Bybee