1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  4445 E. Holmes Avenue
   Suite 107
3  Mesa, Arizona 85206-3398
   Office:  (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8
                          **DISTRICT OF ARIZONA**
9

10 _____
                                       )
11 **Jackie Sader-Paquet,**             ) No.  CV 2009-1612-PHX-DGC
                                       )
12                                     )
                                       )
13      Plaintiff,                     )
                                       )
14 v.                                  ) **STIPULATION OF DISMISSAL**
                                       )    **WITH PREJUDICE**
15 **Check Collection of**              )
   **America, Inc., et al.,**           )
16                                     )
                                       )
17      Defendants.                    )
                                       )
18 _____)

19      Plaintiff and Defendant Check Collection of America,
20 Inc., hereby stipulate to dismissal of this action with
21 prejudice, each party to bear its own fees and costs.
22 / / /
23 / / /
24
25

DATED  October 16, 2009 .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

Lewis Bennett
Check Collection of America
2650 Fountain View
Suite 225
Houston, TX 77057

Defendant Check Collection
of America, Inc.

-2-