# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jackie Sader-Paquet, | No. CV09-1612-PHX-DGC |
| Plaintiff, | |
| v. | |
| Check Collection of America, Inc., et al., | ORDER |
| Defendants. | |

Plaintiff and Defendants having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 22nd day of October, 2009.

*David G. Campbell*
David G. Campbell
United States District Judge